Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number: 6:18-PO-0118-JDP |
|---|---|
| Plaintiff, | |
| MATTHEW A. PARDUE, | **MOTION TO VACATE REVIEW HEARING AND DISMISS CASE PURSUANT TO A DEFERRED JUDGEMENT AGREEMENT; AND ORDER THEREON** |
| Defendant. | |

On February 26, 2018, Defendant pled guilty to Possession of a Controlled Substance. Pursuant to a Deferred Judgment Agreement, this Court sentenced him to 12 month of unsupervised probation with the conditions he: Obey all laws, report any new law violations within 7 days, and pay a fine of $800. A review hearing was scheduled for 1/29/2019.

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing on January 29, 2019. To date, Defendant has substantially complied with all the terms of unsupervised probation imposed by this Court. Further, the Defendant has substantially met all conditions of the Deferred Judgment Agreement, and the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

1

.

Dated: January 17, 2018		/S/ Susan St. Vincent
				Susan St. Vincent
				Legal Officer
				Yosemite National Park

### **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for January 29, 2019, in the above referenced matter, *United States v. Pardue, 6:18-PO-00118-JDP*, be vacated and the case is hereby dismissed.

IT IS SO ORDERED.

Dated:   January 22, 2019			_____
						UNITED STATES MAGISTRATE JUDGE